**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER WILLIAM HISGEN,<br><br>         Plaintiff(s),<br><br>v.<br><br>RONALD LAWRENCE SOLOMON, et al.,<br><br>         Defendant(s). | Case No.: 2:19-cv-02072-RFB-NJK<br><br>**ORDER**<br><br>(Docket No. 10) |

Pending before the Court is Defendants' proposed discovery plan, Docket No. 10, which is **DENIED**.

Plaintiff is required to initiate the scheduling of the Rule 26(f) conference. Local Rule 26-1(a). The parties thereafter are jointly responsible for creating and filing a discovery plan. *See id.* ("the parties must submit a *stipulated* discovery plan" (emphasis added)). The instant discovery plan was filed only by Defendants, however, who represent that Plaintiff did not initiate a Rule 26(f) conference and that Plaintiff failed and refused to return any phone calls to defense counsel about scheduling the Rule 26(f) conference. *See* Docket No. 10 at 1.

Plaintiff is hereby **ORDERED** to contact defense counsel Craig Mueller at 702-382-1200, no later than March 6, 2020, to hold the Rule 26(f) conference. A joint proposed discovery plan must be filed by March 11, 2020. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

IT IS SO ORDERED.

Dated: February 28, 2020

_____
Nancy J. Koppe
United States Magistrate Judge