# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER WILLIAM HISGEN, <br> Plaintiff(s), <br> v. <br> RONALD LAWRENCE SOLOMON, et al., <br> Defendant(s). | Case No.: 2:19-cv-02072-RFB-NJK <br><br> **Order** <br><br> [Docket No. 16] |

Pending before the Court is Plaintiff's motion to be permitted to file electronically. Docket No. 16. A *pro se* litigant may request authorization to register as an electronic filer in a specific case. Local Rule IC 2-1(b).

For good cause shown, Plaintiff's motion is **GRANTED** subject to the following:

- No later than April 29, 2020, Plaintiff must file a certification that he has completed the CM/ECF tutorial and is familiar with the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events.[1]
- Plaintiff is not authorized to file electronically until said certification is filed within the timeframe specified above.

---

[1] The tutorial, Electronic Case Filing Procedures, and Civil Menu E-Filing Categories and Events can all be found at https://www.nvd.uscourts.gov/e-filing-permission/.

1

- Upon timely filing of the certification, Plaintiff shall contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

Dated: March 30, 2020

_____
Nancy J. Koppe
United States Magistrate Judge